**ORIGINAL**

JOHN HARRIS PAER   #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 22 2007

at 10 o'clock and 40 min. A M
SUE BEITIA, CLERK

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHARLES J. HUXEL, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE ONE RECEIVABLES MANAGEMENT, INC. nka ALLIANCE ONE LTD.,<br><br>Defendant. | CIVIL NO. 07-00211 JMS-BMK<br><br>NOTICE OF DISMISSAL WITH PREJUDICE |

NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through his undersigned attorney and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses the above action with prejudice. Defendant has not responded.  There are no remaining issues and parties.

DATED: Honolulu, Hawaii, June 22, 2007

_____
JOHN HARRIS PAER
Attorney for Plaintiff